IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK GREENVILLE, SC

2019 SEP -5  PM 12: 04

Jacob Cleo Hunter

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ZF Transmissions Gray Court

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jacob Hunter |
| Street Address | 303 Irene Road Gray Court |
| City and County | Gray Court, Laurens |
| State and Zip Code | South Carolina 29645 |
| Telephone Number | 864-651-8582 |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ZF Transmissions |
| Street Address | 2846 N Old Laurens Rd |
| City and County | Gray Court, Laurens |
| State and Zip Code | South Carolina 29645 |
| Telephone Number | 864-601-2500 |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | ZF Transmissions |
| Street Address | 2846 N Old Laurens Rd |
| City and County | Gray Court, Laurens |
| State and Zip Code | South Carolina 29645 |
| Telephone Number | 864-601-2500 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the*

2

*Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other    federal    law    *(specify    the    federal    law)*:

_____

☐ Relevant    state    law    *(specify,    if    known)*:

_____

☐ Relevant    city    or    county    law    *(specify,    if    known)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

3

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

February 13, 2019 thru August 1, 2019

C.  I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☑  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race _African American_

☐  color_____

☐  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows.  Attach additional pages if needed.

On February 10 2019 approximately at 10:30 pm I witnessed an employee of ZF Gray Court threaten to hang his black coworker.  The same night my supervisor informed me that I was due a raise and back pay equaling $2022.09 with $2.90 per hour raise and that it should be on my next check.  Fear of retaliation kept me from reporting the racist threat at the time, but before our departments next work day February 13 2019 I came in early and provided H.R. with a written account of the incident.  On February 14 I was called to HR to give a statement about the incident, they had no record of my first statement that started the investigation.  On or around the first of March after not having my raise applied for two pay periods I asked my supervisor about the status of my raise and he replied "It's swimming in the world pool". I asked if the delay was in retaliation for me going to HR about the February 10th incident and he assured me that the delay was caused by the corporate office.  On the next pay period with no raise I asked the supervisor about it again and I was informed my paper work had been lost at ZF Gray Court somewhere somehow and that he was going to personally take the paperwork to the remaining members of management that needed to sign

4

off on them. I went to HR the same day and was informed nothing had been submitted to them about my raise. When the next pay period came around the first of April and still no raise I asked my supervisor about it again and he informed me that it was sitting on the guys desk that he left it on over a month ago and that it wasn't retaliation just not a priority for him to sign it. After that point I was placed on a special assignment isolated away from my coworkers with no work until the stress of the situation manifested itself in physical symptoms two months later in June forcing me to take FMLA and then short term disability. I received back pay and raise in May 2019.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 31, 2019

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* June 7, 2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking $3,500 in lost wages, $1,000 in medical bills for a total of $4,500 in actual damages. I endured excruciating pain from Esophagitis and Gastritis brought on by the stress of ZF TRANSMISSIONS actions of retaliation for this I am asking for $50,000. My supervisor made it known to my coworkers that there was only one out of the group that had not received their raises and back pay and they all witnessed my isolation, adding to the atmosphere of fear that prevented anyone from reporting the Feb 10 incident the day that it happened. For this I am asking for $100,000

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 / 5 / 2019_ 20_19_.

Signature of Plaintiff     _Jacob Hunter_

Printed Name of Plaintiff     _Jacob Hunter_

6